No. 83–1918. EUBANK v. LEE LUMBER CO., LTD., ET AL. C. A. 5th Cir. Motion of respondent International Paper Co. for damages denied. Certiorari denied.

No. 83–1943. CAVANAUGH v. WESTERN MARYLAND RAILWAY CO. ET AL. C. A. 4th Cir. Motion of United Transportation Union for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 83–1989. SULLIVAN v. GEORGIA DEPARTMENT OF NATURAL RESOURCES ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed as a seaman granted. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 83–1990. LUKHARD, COMMISSIONER OF THE VIRGINIA DEPARTMENT OF SOCIAL SERVICES, ET AL. v. RANDALL ET AL. C. A. 4th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE POWELL would grant certiorari.

No. 83–2001. PASCHALL ET AL. v. KANSAS CITY STAR CO. C. A. 8th Cir. Motion of Small Business Legal Defense Committee for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE MARSHALL would grant certiorari.

No. 83–2041. BILLMEYER ET AL. v. TOVAR ET AL. C. A. 9th Cir. Petition for writ of certiorari denied as untimely. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition.

No. 83–2084. CASE v. CPC INTERNATIONAL, INC., ET AL. C. A. Fed. Cir. Motion of Wendell S. Miller for leave to file a brief as *amicus curiae* denied. JUSTICE STEVENS would grant this motion. Certiorari denied.

No. 83–2086. FOSTER v. FILLINGER. Sup. Ct. Ala. Certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari.